**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| OSCAR DAVID ALAS GARCIA, | Case No. 2:25-cv-02580-ART-NJK |
| Petitioner, | **ORDER TRANSFERRING CASE** |
| JOHN MATTOS, *et al.*, | |
| Respondents. | |

     This Petition for Writ of Habeas Corpus appears is related to a putative class action pending before Judge Boulware in Case No. 2:25-cv-02136-RFB-MDC. The actions involve similar questions of fact and law, and assignment to the same district judge is likely to affect a substantial savings of judicial effort. LR 42-1(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5). Because the cases are related, assignment to the same judge is likely to result in a substantial savings of judicial effort and reduce duplication of labor. See Fed. R. Civ. P 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court). Accordingly, the assigned judges agree to transfer Case No. 2:25-cv-02580-ART-NJK to the judge to whom the earliest-filed action is assigned for all further proceedings.

     For the foregoing reasons, **IT IS HEREBY ORDERED** that the Clerk of Court is kindly directed to transfer Case No. 2:25-cv-02580-ART-NJK to Judge Richard F. Boulware, II.

///

//

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly instructed to administratively **RELATE** this matter to Case No. 2:25-cv-02136-RFB-MDC.

**DATED:** December 23, 2025.

| | |
|---|---|
| **RICHARD F. BOULWARE, II**<br>**UNITED STATES DISTRICT JUDGE** | **ANNE R. TRAUM**<br>**UNITED STATES DISTRICT JUDGE** |