TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Respondents*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR DAVID ALAS GARCIA,<br><br>　　　　　Petitioner,<br>　　　v.<br><br>JOHN MATTOS, Warden, Nevada Southern Detention Center; MICHAEL BERNACKE, Field Office Director, U.S. Immigration and Customs Enforcement, PAMELA BONDI, Attorney General of the United States; and KRISTI NOEM, Secretary of Homeland Security, in their official capacities,<br><br>　　　　　Respondents. | Case No. 2:25-cv-02580-RFB-NJK<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Order to Show Cause (ECF No. 6)**<br><br>**(First Request)** |

　　Petitioner Oscar David Alas Garcia ("Petitioner") and Federal Respondents Michael Bernacke, Pamela Bondi and Kristi Noem ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to this Court's Order to Show Cause ("OSC") why the Writ should not be granted, ECF No. 6. At present Federal Respondents' response to the Order to Show Cause is due on January 5, 2026. Federal Respondents received the OSC in the afternoon on December 31, 2025. On January 2, 2026, Federal Respondents requested an extension to respond to the OST from Petitioner's counsel. Petitioner's counsel agreed to a four-day extension until and including January 9, 2026.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Order to Show Cause from January 5, 2026, to January 9, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 2nd day of January 2026.

| LAW OFFICE OF DAVID E. WALTERS | TODD BLANCHE<br>Deputy Attorney General of The United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
|---|---|
| */s/David E. Walters*<br>DAVID E. WALTERS<br>Nevada Bar No. 7203<br>4060 E. Russell Rd., Ste. 100<br>Las Vegas, NV 89120<br>702-405-6666<br>*Attorneys for Petitioner* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorneys |

**IT IS SO ORDERED:**

_____
**U.S. DISTRICT JUDGE**

DATED: **January 5, 2026.**

2